UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-CV-20836-BLOOM/LOUIS

AARON FRUITSTONE, on behalf of himself
and all others similarly situated,

      Plaintiff,
v.

SPARTAN RACE, INC.,
a Delaware Corporation,

      Defendant.
_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff respectfully responds to this Court's Order to Show Cause [ECF No. 68]. Plaintiff was finally able to confirm a mediation date with Spartan's counsel yesterday for either December 4, 2020 or December 7, 2020 before The Honorable John Thornton (Ret.). Plaintiff contacted Judge Thornton and confirmed both dates. The Parties, on August 17, 2020, originally scheduled mediation in this matter, but that date needed to be changed and Spartan apparently did not allow their counsel to confirm any set date to reschedule because, just today, Undersigned Counsel was informed by Spartan's counsel that Spartan has decided to ask their defense counsel to withdraw and they will seek other counsel. That is apparently the reason Spartan's Counsel has been unable the last few weeks (as Plaintiff has continuously requested) to confirm the mediation date, so Plaintiff could inform the Court as per the deadline. Plaintiff respectfully apologizes for not being able to confirm the Mediation date by the deadline and respectfully requests the Court enter an Order scheduling mediation (apparently with Spartan's new counsel, whom we will certainly also confirm the date). A proposed order is respectfully attached as **Exhibit A**.

Dated: October 9, 2020.

Respectfully Submitted,

By:/s/*Adam M. Moskowitz*

Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Howard M. Bushman
Florida Bar No. 0364230
howard@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served on October 9, 2020, on counsel for Defendant listed on the attached service list.

/s/ Adam M. Moskowitz
Adam M. Moskowitz, Esq.
Florida Bar No. 984280