Clerk of the United States District Court for the Southern District of Florida
400 North Miami Avenue 8th Floor
Miami, FL 33128

Adam M. Moskowitz The Moskowitz Law Firm, PLLC
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

COUNSEL FOR DEFENDANT
Evan S. Nadel Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

FILED BY ___PG___ D.C.

MAR 10 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To Whom It May Concern,

In response to the Class Action Settlement in the case of Fruitstone v. Spartan Race, Inc. (Case No. 1:20-cv-20836-BB. United States District Court for the Southern District of Florida) in which the settlement includes either a four month membership in the Spartan+ Membership Program, or a $5 Voucher, I object.

The settlement does not actually benefit the class outlined in this lawsuit. Instead, the affected class receives promotional material designed to buy more Spartan Race Inc. goods and services. In fact, the Class Action Settlement Notice reads more like a clever marketing campaign sent to me by Spartan Race Inc.

If I may propose a different solution: Allow the option for the equivalent individual value (presumed to be roughly $5) to be donated to the Wounded Warrior Project (or similar charity) by Spartan Race Inc, and make it a default selection if no action is taken by the class member. Please consider barring Spartan Race Inc from advertising the donation.

Sincerely,

Michael Hebert
A notified member of the settlement class

Michael Hebert
6330 Slippery Creek Ln
Citrus Heights, CA 95621

SACRAMENTO CA 957
4 MAR 2021 PM 6 L



33128-771659

Clerk of the United States District Court
for the Southern District of Florida
400 North Miami Avenue 8th Floor
Miami, FL 33128