# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-CV-20836-BLOOM/Louis

AARON FRUITSTONE, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

SPARTAN RACE, INC.,
a Delaware Corporation,

    Defendant.

CLASS ACTION

### DECLARATION OF RG/2 CLAIMS ADMINISTRATION LLC REGARDING NOTICE PROCEDURES

I, Christopher J. Tucci, declare as follows:

1. I am the Vice President of Business Development and Client Relations for RG/2 Claims Administration LLC ("RG/2").

2. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, RG/2 compiled a CD-ROM containing the following documents: Plaintiff's Amended Class Action Complaint, Order Granting Amended Motion for Preliminary Approval, and Class Counsel's Resumes, Class Notice, and Settlement Agreement, and a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as **Exhibit A**.

3. On February 5, 2021, RG/2 caused fifty-three (53) CAFA Notice Packets to be mailed via Certified Mail from the U.S. Post Office in Philadelphia, Pennsylvania to the parties listed on **Exhibit B**, i.e., the U.S. Attorney General, the Attorneys General of each of the states in which Settlement Class Members reside, and the Attorneys General for Puerto Rico and the U.S. Virgin Islands.

4. As of the date of this Declaration, RG/2 has received no response to the CAFA Notice Packet from any of the recipients identified in Paragraph 3 above.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed in the Commonwealth of Pennsylvania on March 16, 2021.

By: _____
Christopher J. Tucci

# **EXHIBIT A**

February 5, 2021

**VIA «Via_Mail»**
«First» «Last», «Esquire»
«Title»
«Street_1» «Street2»
«City», «State1»  «Zip»

Re:   *Fruitstone v. Spartan Race, Inc.* (S.D. Fla.)
       Case No. 1:20-cv-20836-BB, Notice Pursuant to 28 U.S.C. § 1715

Dear Sir or Madam:

On behalf of Defendant, Spartan Race, Inc., ("Defendant"), RG/2 Claims Administration LLC ("RG/2 Claims"), hereby provides this Notice of a Proposed Class Action Settlement in the above-referenced class action pursuant to the Class Action Fairness Act of 2005 ("CAFA").  The proposed settlement will resolve the case.

In accordance with its obligations under CAFA, RG/2 Claims encloses the following:

**(1)   The Complaint, any materials filed with the Complaint, and any Amended Complaints.**

Plaintiff's Class Action Complaint and First Amended Class Action Complaint filed in *Fruitstone v. Spartan Race, Inc.* case can be found on the enclosed CD as "Exhibit 1- Spartan Race, Inc. Complaints."

**(2)   Notice of any scheduled judicial hearing in the class action.**

The Court has scheduled a fairness hearing regarding the settlement for May 7, 2021 at 10:00 a.m. before Judge Beth Bloom via Zoom video conference (Meeting ID 160 960 4111 and Passcode 692150).

 **(3)   Any proposed or final notification to class members.**

The Notice of Class Action Settlement as submitted to the Court can be found on the enclosed CD as "Exhibit 2 – Notice of Class Action Settlement."

«First» «Last», «Esquire»
February 5, 2021
Page 2



**(4)     Any proposed or final class action settlement.**

The Stipulation of Settlement entered into by the parties and as submitted to the Court can be found on the enclosed CD as "Exhibit 3 – Stipulation of Settlement." There are no other agreements contemporaneously made between Class Counsel and counsel for the defendants.

**(5)     A final judgment or notice of dismissal.**

Final judgment has not yet been entered. Upon entry, a copy of the Final Order and Judgment will be available through PACER and can be accessed online as follows: (1) enter PACER, (2) click on "Query," (3) enter the civil case number, 1:20-cv-20836-BB, (4) click on "Run Query," and (5) click on the link "Docket Report." The order(s) entering final judgment will be found on the docket entry sheet.

**(6)     Names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement.**

As of today, it is not feasible to identify the names of every Class Member who resides in your state; the list of class member totals by state can be found on the enclosed CD as "Exhibit 4 – Class Member Totals by State" represents our best current estimate of the total number of Class Members residents in your state. The specific settlement allocation to each Class Member will be determined by the Stipulation of Settlement and each Class Member's election of benefits according to Court-approved guidelines. As a result, we do not yet know which Class Members will receive settlement benefits or the financial value of the benefits each Class Member will receive, and it is not feasible to determine the estimated proportionate share of the claims of the Class Members who reside in each state to the entire settlement. Upon final approval of the Court, the settlement benefits will be distributed to the Class Members according to the relevant provisions of the Stipulation of Settlement.

**(7)     Any written judicial opinion relating to the materials described in (3) through (5).**

On February 2, 2021, the Court entered the Preliminary Approval Order relating to the materials described in sections (3) through (5). The Order Granting Motion for Preliminary Approval of Class Action Settlement, Conditionally Certifying a Class for Settlement Purposes, Directing the Issuance of Class Notice, and Scheduling a Final Approval Hearing as submitted to the Court can be found on the enclosed CD as "Exhibit 5 – Order Granting Motion for Preliminary Approval."

Final judgment has not yet been entered. Upon entry, a copy of said judgment can be found online through the process described in section (5) above.

If you have questions about this notice, the lawsuits, or the enclosed materials, please do not hesitate to contact me.

Sincerely,
RG/2 Claims Administration LLC

Enclosures

# **EXHIBIT B**

| Mail Type | First | Last | State/Territory | Street 1 | Street2 | City | State1 | Zip |
|---|---|---|---|---|---|---|---|---|
| FedEx | Steve | Marshall | Alabama | 501 Washington Ave | P.O. Box 300152 | Montgomery | AL | 36130 |
| Certified Mail | Clyde "Ed" | Sniffen Jr. | Alaska | P.O. Box 110300 | | Juneau | AK | 99811 |
| FedEx | Mark | Brnovich | Arizona | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| FedEx | Leslie | Rutledge | Arkansas | 323 Center st | Suite 200 | Little Rock | AR | 72201 |
| FedEx | Xavier | Becerra | California | 1300 I St. | Ste. 1740 | Sacramento | CA | 95814 |
| FedEx | Phil | Wieser | Colorado | Ralph L Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| FedEx | William | Tong | Connecticut | 55 Elm St. | | Hartford | CT | 06141 |
| FedEx | Kathy | Jennings | Delaware | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 |
| FedEx | Karl | Racine | District of Colombia | 441 4th Street NW | Suite 1100 South | Washington | DC | 20001 |
| FedEx | Ashley | Moody | Florida | The Capitol | PL 01 | Tallahassee | FL | 32399 |
| FedEx | Chris | Carr | Georgia | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| FedEx | Clare E | Connors | Hawaii | 425 Queen St. | | Honolulu | HI | 96813 |
| FedEx | Lawrence | Wasden | Idaho | 700 W. State Street | P.O. Box 83720 | Boise | ID | 83720 |
| FedEx | Kwame | Raoul | Illinois | James R. Thompson Ctr. | 100 W. Randolph St. | Chicago | IL | 60601 |
| FedEx | Todd | Rokita | Indiana | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| FedEx | Tom | Miller | Iowa | Hoover State Office Bldg. | 1305 E. Walnut | Des Moines | IA | 50319 |
| FedEx | Derek | Schmidt | Kansas | 120 S.W. 10th Ave. | 2nd Fl. | Topeka | KS | 66612 |
| FedEx | Daniel | Cameron | Kentucky | 700 Capitol Avenue | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Certified Mail | Jeff | Landry | Louisiana | P.O. Box 94095 | | Baton Rouge | LA | 70804 |
| FedEx | Aaron | Frey | Maine | 6 State House Station | | Augusta | ME | 04333 |
| FedEx | Brian | Frosh | Maryland | 200 St. Paul Place | | Baltimore | MD | 21202 |
| FedEx | Maura | Healey | Massachusetts | 1 Ashburton Place | | Boston | MA | 02108 |
| Certified Mail | Dana | Nessel | Michigan | P.O.Box 30212 | 525 W. Ottawa St. | Lansing | MI | 48909 |
| FedEx | Keith | Ellison | Minnesota | State Capitol Complex, | Ste. 102 | St. Paul | MN | 55155 |
| Certified Mail | Lynn | Fitch | Mississippi | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| FedEx | Eric | Schmitt | Missouri | Supreme Ct. Bldg | 207 W. High St. | Jefferson City | MO | 65101 |
| FedEx | Austin | Knudsen | Montana | Justice Bldg | 215 N Sanders | Helena | MT | 59620 |
| Certified Mail | Doug | Peterson | Nebraska | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509 |
| FedEx | Aaron | Ford | Nevada | Old Supreme Ct. Bldg. | 100 N. Carson St. | Carson City | NV | 89701 |
| FedEx | Gordon | MacDonald | New Hampshire | State House Annex | 33 Capitol St. | Concord | NH | 03301 |
| FedEx | Gurbir S. | Grewal | New Jersey | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Certified Mail | Hector | Balderas | New Mexico | P.O. Drawer 1508 | | Sante Fe | NM | 87504 |
| FedEx | Letitia A | James | New York | Dept. of Law - The Capitol | 2nd Fl. | Albany | NY | 12224 |
| Certified Mail | Josh | Stein | North Carolina | Dept. of Justice | P.O. Box 629 | Raleigh | NC | 27602 |
| FedEx | Wayne | Stenehjem | North Dakota | State Capitol | 600 E. Boulevard Ave | Bismarck | ND | 58505 |
| FedEx | Dave | Yost | Ohio | State Office Tower | 30 E. Broad St. | Columbus | OH | 43266 |
| FedEx | Mike | Hunter | Oklahoma | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| FedEx | Ellen F. | Rosenblum | Oregon | Justice Bldg | 1162 Court St, NE | Salem | OR | 97301 |
| FedEx | Josh | Shapiro | Pennsylvania | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Certified Mail | Domingo Emanuelli | Hernández | Puerto Rico | PO Box 902192 | | San Juan | PR | 00902 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FedEx | Peter | Neronha | Rhode Island | 150 S. Main St | | Providence | RI | 02903 |
| Certified Mail | Alan | Wilson | South Carolina | Rembert C. Dennis Office Bldg | P.O.Box 11549 | Columbia | SC | 29211 |
| FedEx | Jason | Ravsborg | South Dakota | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501 |
| FedEx | Herbert H. | Slatery, III | Tennessee | 425 5th Avenue North | | Nashville | TN | 37243 |
| Certified Mail | Ken | Paxton | Texas | Capitol Station | P.O.Box 12548 | Austin | TX | 78711 |
| FedEx | Robert M. "Monty" | Wilkinson | United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530 |
| FedEx | Sean | Reyes | Utah | Utah State Capitol Complex | Rm 236 | Salt Lake City | UT | 84114 |
| FedEx | TJ | Donovan | Vermont | 109 State St | | Montpelier | VT | 05609 |
| Certified Mail | Denise | George-Counts | Virgin Islands | 34-38 Kronprindsens Gade | GERS Building, 2nd Floor | St. Thomas | VI | 00802 |
| FedEx | Mark | Herring | Virginia | 900 East Main Street | | Richmond | VA | 23219 |
| FedEx | Bob | Ferguson | Washington | 1125 Washington St. SE | PO Box 40100 | Olympia | WA | 98504 |
| FedEx | Patrick | Morrisey | West Virginia | State Capitol Complex, | 1900 Kanawha Blvd E. | Charleston | WV | 25305 |
| FedEx | Josh | Kaul | Wisconsin | 114 East State Capitol | P.O. Box 7857 | Madison | WI | 53707 |
| FedEx | Bridget | Hill | Wyoming | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 |