# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:20-CV-20836-BLOOM/LOUIS**

AARON FRUITSTONE, on behalf of himself
and all others similarly situated,

     Plaintiff,

v.                                      **CLASS ACTION**

SPARTAN RACE, INC.,
a Delaware Corporation,

     Defendant.

_____

**EXPERT DECLARATION OF SONEET R. KAPILA**

     I, SONEET R. KAPILA, declare and state that the following facts are known to me personally, and that I am competent to testify about them:

     1.     I am over eighteen years of age and have personal knowledge of the matters set forth herein.

**RETENTION**

     2.     I am one of the founding partners of KapilaMukamal, LLP ("KM"), a forensic consulting and insolvency advisory firm. KM was retained by The Moskowitz Law Firm, Co-Lead Class Counsel, and the Class Representative Aaron Fruitstone, on behalf of a Settlement Class defined as: as: "all individuals in the United States who during the Class Period, based on Spartan's records, paid a $14 'Racer Insurance Fee' or 'Insurance Fee' in connection with an event organized

and sponsored by Spartan."[1]

3.      In conducting my investigation and analysis, I was assisted by other KM professionals with extensive experience in litigation consulting, insolvency and forensic investigations working under my direct supervision. Any references to "I", "my", "KM" or "Kapila" within the Declaration incorporate my efforts with the assistance of my co-professionals working under my direct supervision.

4.      I reserve the right to supplement this Declaration as necessary, to the extent that any additional information becomes available between the date of this Declaration and the date that I may testify in this proceeding.

## QUALIFICATIONS

5.      I am a Certified Public Accountant (CPA), a Certified Fraud Examiner (CFE), Certified in Financial Forensics (CFF) conferred by the AICPA, and a Certified Insolvency and Restructuring Advisor (CIRA). The CIRA designation is conferred by the Association of Insolvency and Restructuring Advisors (AIRA), after a three part examination and a required 4,000 hours of prior qualified insolvency experience.

6.      I am a Fellow of the American College of Bankruptcy. This recognition is based on recommendations by peers in the insolvency industry at a national level, invitation by the American College of Bankruptcy and induction into this College.

7.      KM is a niche practice focusing on forensic and fraud investigative work, litigation support, creditors' rights, bankruptcy, insolvency and fiduciary services. Several of the core professionals of KM have similar certifications as identified in ¶5 above. I have served as a Federal

---

[1] Order Granting Motion for Preliminary Approval of Class Action Settlement, Conditionally Certifying a Class For Settlement Purposes, Directing The Issuance Of Class Notice, And Scheduling a Final Approval Hearing. [ECF No. 107]

Bankruptcy Trustee, Bankruptcy Examiner, Chief Restructuring Officer, Special Accounting Master, SEC Corporate Monitor, and Federal and State Court Receiver in numerous matters in the Southern and Middle Districts of Florida and in the District of New Jersey.

8.      I have served as a Federal Bankruptcy Trustee on the panel of U.S. Bankruptcy Trustees in the Southern District of Florida from approximately 1992 to present. I have been appointed as a Chapter 11 Trustee, SubChapter V Trustee, Chapter 7 Trustee, Bankruptcy Examiner, post confirmation Liquidating Trustee or other post confirmation fiduciary roles and as Special Accounting Master. In these roles I have investigated frauds, Ponzi schemes, distressed businesses and their failures, financial affairs of bankruptcy debtors, evaluated asset recoveries and claims against third parties. I have provided expert testimony and extensive litigation support services to law firms involving complex insolvency issues and commercial damages. I have been qualified as an expert dozens of times in federal and state courts regarding Ponzi schemes, insolvency, fraudulent transfers, funds and asset tracing, lost profits, damages and other subject matters as well as a non-testifying expert in many other cases. A true and correct copy of my Resume and Case Experience is attached hereto as **Attachment A**.

## BACKGROUND[2]

9.      The Plaintiff filed this class action seeking damages resulting from Spartan Race Inc.'s ("Spartan's") representations regarding its "Racer Insurance Fee." Plaintiff alleges these representations were deceptive and tended to lead a reasonable consumer to believe that the mandatory, nonrefundable $14 charge is used solely to purchase insurance on behalf of the race registrant. Plaintiff alleges that Spartan failed to disclose that it uses the Racer Insurance Fees to

---

[2] Includes information provided by Counsel.

defray administrative expenses and as a hidden profit center for Spartan.[3] Plaintiff also seeks injunctive relief to prohibit Spartan from continuing to make the allegedly deceptive representations concerning the Racer Insurance Fee.[4]

10.    Spartan denies Plaintiffs' allegations and asserts that the Racer Insurance Fee is not described as a pass-through charge and is used to pay insurance premiums and to defray various other additional costs incurred by the company and associated directly with insurance, risk mitigation, administrative expenses, and the Racer Insurance Fee. Spartan also asserts that it fully discloses to all class members, in various locations during the registration process, that the Racer Insurance Fee encompasses other "insurance related administrative fees" and therefore Spartan's conduct, taken as a whole, is not deceptive[5].

11.    I am informed that the Court conducted a hearing on Plaintiff's Motion for Class Certification, but had not yet issued its class certification decision at the time of settlement.

12.    After numerous mediation sessions, the Parties resolved this matter in January 2021. Under the proposed Stipulation of Settlement ("Settlement Agreement"), Spartan, without the need for a claim form and/or any claims process, will allow every class member to receive:

- a free four-month membership to the new Spartan+ Membership Program (described below), or

[3] Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of the Settlement Class; page 2 [ECF No. 102]
[4] ECF No. 107; pp 12-13.
[5] ECF No. 63 Defendant Spartan Race, Inc's Response in Opposition to Plaintiff's Motion for Class Certification and ECF No. 95 Defendant Spartan Race, Inc's Sur-Reply in Opposition to Plaintiff's Motion for Class Certification.

- Alternatively, at the class member's sole discretion, a $5 Electronic Voucher for each event for which the member paid a Racer Insurance Fee during the Class Period (up to a maximum of 4 Electronic Vouchers).[6]

13. The Class Members have sixty days from the date the Class Notice email is sent to make their selection between the Spartan+ Program and the Electronic Vouchers, otherwise the default relief shall be the free four-month subscription to the Spartan+ program.[7]

14. Additionally, the Settlement Agreement also provides injunctive relief requiring Spartan to rename the "Racer Insurance Fee" as the "Administrative, Insurance, and Management Fee" or "AIM Fee"[8] and to provide increased disclosures regarding the fee, notice to the class, and the payment of Plaintiff's attorneys' fees and costs, as well as a class representative award.[9]

## <u>SCOPE OF ENGAGEMENT</u>

15. I was retained by Plaintiff to provide an expert opinion with respect to the estimated monetary value of the ***non-injunctive relief*** made available to the Class Members under the Settlement Agreement entered into by the Parties in this Action. Specifically, I have been asked to value the Spartan+ Membership program and the $5 Spartan Electronic Vouchers. I have not been asked to provide any legal opinions, including whether this Settlement is covered by the provisions of the Class Action Fairness Act ("CAFA") or whether the relief is "fair and reasonable" under these particular facts and the applicable law. I have not been requested to provide, nor have I performed analysis beyond the analysis required to formulate my opinions as rendered herein, nor will I be rendering opinions relating to legal theories or issues of liability. Further, I was not

---

[6] Settlement Agreement; pp 7- 8.
[7] *Id*, pp. 11-12.
[8] *Id*, pp. 8–9.
[9] ECF No. 107, pp. 12–13.

retained to and do not provide any opinions as to the value of the ***injunctive relief*** provided by the proposed Settlement.

16.     The information, analysis, and opinions contained in this Declaration are based on the information provided to me by Plaintiff's counsel. In the course of performing my analysis, I also reviewed and analyzed the documents, data and information described below, including the Settlement Agreement, the Motion for Preliminary Approval, the Preliminary Approval Order, and information available in the public domain. I have additionally considered certain publicly available information, regarding Spartan and the fitness industry and market. *See* Exhibit 1-Documents Utilized.

## SUMMARY OF FINDINGS

17.     The Spartan+ Program was recently launched on March 17, 2021 and includes the features discussed below. It is my opinion that the value of the free Spartan+ Program afforded by the proposed Settlement approximates its retail value of $7.99 per month or $32 for the four-month free membership period allowed under the Settlement Agreement. See ¶¶ **25 - 31**.

18.     The value of the Electronic Voucher afforded by the proposed Settlement approximates its retail value of $5 per Electronic Voucher or $20 for the 4 Electronic Vouchers allowed under the Settlement Agreement. See ¶¶ **40 - 44**.

## EXPERT ANALYSIS

19.     Factors pertinent to my determination of the estimated value of the relief provided to each Class Member, include: (1) the population of the Settlement Class and the existing market for fitness applications, and (2) transferability, stack-ability and claim form requirements of the relief provided to the Class.

**Spartan Events**

20.     According to an article in the Los Angeles Times dated August 2018 concerning

the market for the goods and services provided by Spartan:

> *5Ks, half marathons and marathons, for example, no longer hold the allure they*
> *used to. Participation in 5Ks was 3.4 million in 2016 and has declined by 13% since*
> *then, half-marathon participation declined 25% over the same period (down from*
> *2.9 million), and marathon participation was flat during the same period,*
> *according to a report released earlier this year on the state of running by*
> *RunRepeat.com and the International Assn. of Athletics Federations. ...*
> *Participation is up among millennials and women at two of the most popular*
> *franchises, Spartan Race and Tough Mudder, which will hold 250 and 123 events,*
> *respectively, this year around the world. The Spartan obstacle course racing series,*
> *which registered about 1 million racers worldwide in 2017, is on track to see 1.2*
> *million racers at the starting line by the end of 2019, according to Jonathan Fine,*
> *a Spartan brand representative. 'We've found the largest growth between the ages*
> *18 to 29'...*[10]

21.     Spartan organizes, sponsors and operates a series of obstacle races of varying

distance and difficulty ranging from 3K to marathon distances. The series include the Spartan

Sprint, the Spartan Super, the Spartan Beast, and the Spartan Ultra.[11] Spartan events are held in

the USA and have been franchised to operate in 30 countries including Canada, South Korea,

Australia and several European countries. Spartan also has a military series, hosted on military

bases[12]. Spartan also sponsors winter[13] and team events[14].

22.     The first Spartan event was held in 2010 at the Catamount Outdoor Center in

Williston, Vermont and represented the city of Burlington, Vermont.[15] Roughly 500 competitors

---

[10] https://www.latimes.com/health/la-he-extreme-fitness-20190615-story.html?_amp=true
[11] https://spartanrace.zendesk.com/hc/en-us/sections/200413936-About-Spartan
[12] https://race.spartan.com/en/special-series-honor
[13] https://race.spartan.com/en/race/find-race; https://www.spartan.com/blogs/unbreakable-race-stories/spartan-race-2021-schedule
[14] https://race.spartan.com/en/teams
[15] https://mountaintimes.info/by-the-numbers/

participated to "run, crawl, jump and swim" and overcome a variety of obstacles. Immediately prior to the COVID-19 Virus pandemic, Spartan was conducting races involving approximately 250,0000 to 350,000 participants each year.[16]

23.    In 2013 Reebok became an event title sponsor, and the Spartan events were renamed the "Reebok Spartan Race Series".[17] On December 7, 2013, Universal Sports broadcast a special on the 2013 Spartan Race World Championships.[18] In August 2015, the NBC parent network approved a Spartan-based television series named "Spartan: Ultimate Team Challenge," led by the producers of the NBC American Ninja Warrior series.[19] In February 2020, Spartan acquired the assets of its main obstacle course event competitor Tough Mudder[20] and became the leader and popular company offering obstacle course events.

24.    An article authored by Kaelyn Lynch and published in Outside Magazine in 2020 chronicled the devasting financial impact of the COVID-19 pandemic on the operations and financial condition of Spartan:

> *"Like most other industries, endurance racing has been hit hard by the pandemic. In March, [Spartan] furloughed 75 percent of [its] staff after losing over $9 million in profits. The Endurance Sports Coalition, which, along with Spartan, includes brands like Ironman and USA Triathlon, normally has a $3 billion annual economic impact, most of which will be lost this year as races are postponed and vendors drop out. Some races, like Ironman,*

---

[16] *Ibid.*

[17] https://www.forbes.com/sites/darrenheitner/2013/09/03/spartan-race-growing-through-participation-surge-and-reebok-nbc-partnerships/?sh=691e93501b60

[18] https://issuu.com/bobconner232/docs/the_spartan_race_and_the_three_foun

[19] https://deadline.com/2015/08/nbc-spartan-race-competition-series-american-ninja-warrior-producer-1201506930/

[20] https://www.bizjournals.com/boston/news/2020/02/26/spartan-race-clears-hurdle-in-acquisition-of-rival.html

*have transferred participants' registration fees to events later in 2020 or 2021, while others have encouraged people to run virtual races, where they create their own, socially distanced courses. In an industry where the vast majority of businesses are small mom-and-pop operations, though, the pandemic could cause many companies to close their starting lines for good."[21]*

**The Spartan+ Membership Program**

25.     While the pandemic adversely impacted the operating revenues for Spartan and other companies operating mass participation events for which social distancing was not feasible, online or remote fitness memberships available through computer or personal device applications or websites have flourished and remain a growing industry. According to an industry analysis published in January 2021, the global fitness app market size was valued at "$4.4 billion in 2020 and is expected to expand at a compound annual growth rate (CAGR) of 21.6% from 2021 to 2028".[22] Further, the protracted spread of the COVID-19 pandemic resulting in nationwide lockdowns and social distancing norms has precipitated a transition to virtual fitness from traditional studios and gyms. The growing awareness regarding health and wellness is also driving the market.[23] This, in turn, has vastly increased the downloads and usage of fitness.

26.     According to a poll conducted in mid-2020, 74% of Americans used at least one fitness app or site during quarantine (41% for the first time), and "64% of Americans are now more interested in at-home fitness options", and over half of those now plan on canceling their gym

---

[21] https://www.outsideonline.com/2413634/spartan-race-summer-2020-coronavirus
[22] https://www.grandviewresearch.com/industry-analysis/fitness-app-market
[23] *Ibid*

memberships for good.[24] The average American used two fitness apps and took four online fitness classes during the lockdown.[25]

27.     According to an article published in the World Economic Forum in September 2020, the global downloads of fitness and health apps increased by 46%. This increased usage rate of fitness apps due to a growing trend of online fitness training is driving the market globally.[26] For example, exercise equipment company Peloton has surged in popularity this year with a report that it doubled its sales in 2020, collecting an estimated $1.8 billion in revenue by the end of the year.[27]

28.     Therefore, memberships in a virtual fitness program have enjoyed a boost, and provide a real and tangible benefit to the Class.

29.     The proposed Settlement provides an automatic four-month free enrollment in the Spartan+ Membership Program (the "Spartan+ Program") to every Class Member unless such Class Member elects to receive alternative monetary relief in the form of Electronic Vouchers. Notably, Class Members will not be required to submit a claim form, make any election, or take other affirmative action, other than clicking to activate the membership online, to receive the four-month free enrollment in the Spartan+ Program.

30.     The Spartan+ Program, which was recently launched on March 17, 2021, is accessible remotely through a smartphone/tablet app accessing the internet. Spartan currently offers a remote fitness application, but the Spartan+ Program will include many important

---

[24] https://www.freeletics.com/en/press/news/freeletics-surveys-americans-to-understand-what-is-in-store-for-the-fitness-industry-post-covid-19/
[25] *Ibid.*
[26] https://www.weforum.org/agenda/2020/09/fitness-apps-gym-health-downloads
[27] https://www.statista.com/chart/22836/peloton-annual-sales/

features,[28] including: (1) subscription to an enhanced Spartan Fit App (formerly $14.99/month),[29] including online workouts, training programs, activity tracking and more from world class coaches; (2) free shipping and handling for merchandise ordered from Spartan's website; (3) a 20% discount applicable to online merchandise purchases; (4) exclusive discounts on select Spartan merchandise available to Spartan+ members[30]; (5) free, downloadable, high-resolution photo downloads (without watermarks) after events; (6) access to other "members only" premium content on Spartan's website; (7) express race day registration; (8) a Club Area for post-race recovery; (9) guaranteed start time choice for races; and (10) advanced race analysis to help participants with their fitness goals and to complete races.[31]

31.     The retail cost of the Spartan+ Membership program to the public is $7.99 per month.[32] For the reasons stated below, in my opinion, $7.99 per month is a reasonable market-based retail value for the Spartan+ Membership.[33] Since each Class Member is entitled to receive this benefit free of charge for four months, each Class Member will receive benefits with a monetary value of at least $32 for this component of the proposed Settlement.

**Value of the Spartan+ Program offered to Class Members**

32.     The benefits of the Spartan+ Membership compare favorably to other digital fitness memberships, such as Peloton and Apple+.

---

[28] https://www.spartan.com/pages/spartan-plus-membership
[29] We were advised that the Spartan Fit app previously launched by Spartan has been enhanced for inclusion in the Spartan+ Program.
[30] Currently there is a jacket available to Spartan + Program members for $99, with a retail value of $250.
[31] Screenshots illustrating some of the benefits of the Spartan + Program are included at **Exhibit 2**.
[32] https://www.spartan.com/pages/spartan-plus-membership
[33] See discussion at ¶¶ 32–39.

33.     Peloton Interactive Inc. is a fitness company that sells equipment and access to virtual fitness classes such as biking, running, yoga, and strength training.[34] Peloton offers a Digital Membership (i.e., without requiring purchase of any equipment such as the Peloton Bike or Treadmill). This individual membership provides access to Peloton's "entire library of classes" on "your phone, tablet and TV, and web browser."[35] The cost for the Peloton Digital Membership is currently $12.99 per month. Unlike the Spartan+ Program which includes discounted merchandise and free shipping, there are no additional benefits associated with the Peloton Digital Membership.

34.     Peloton also provides an All-Access membership which costs subscribers $39 per month and provides the full immersive experience on the Peloton Bike and Tread. The All-Access membership includes the Digital Membership but requires users to have access to a Peloton Bike or Tread, which equipment has a cost approximating $1,900 or more[36].

35.     Similarly, the Apple+ Fitness membership costs $9.99 per month.[37] Apple Fitness+ is "a new fitness experience" that allows users to "choose from a catalog of workouts led by expert trainers".  If attached to the Apple Watch, "in-session metrics, like heart rate and calories burned, are synced to your iPhone, iPad, or Apple TV, so you don't have to take your eyes away from your workout to see how you're doing."

36.     To receive all of the benefits of the Apple+ Membership, consumers must also purchase an Apple Watch Series 3 or later at a cost of approximately $199. [38] Similar to the Spartan+ Program, Apple+ offers a variety of fitness classes and workouts. However, unlike the

---

[34] https://www.onepeloton.com/membership
[35] https://www.onepeloton.com/app
[36] https://www.onepeloton.com/bike
[37] https://www.apple.com/apple-fitness-plus/?cid=wwa-us-kwgo-fitness-slid-
[38] https://www.apple.com/apple-watch-series-3/. The Apple+ Fitness membership is free for three months if you purchase an Apple Watch series 3 or later.

Spartan+ Program which includes discounted merchandise and free shipping, there are no additional benefits associated with the Apple+ Membership.

37. The Spartan+ Program is thus less expensive and provides Class Members with more benefits than similar programs in the marketplace such as the Peloton Digital Membership and Apple+ Membership. Additionally, the Spartan+ Program does not require users (such as Class Members) to purchase equipment such as the Apple Watch or the Peloton Bike or Tread[39] in order to benefit from the Spartan+ Program.

| | Spartan Free | Spartan Plus | Peloton Digital | Apple Fitness + |
|---|---|---|---|---|
| Cost per Month | $ - | $ 7.99 | $ 12.99 | $ 9.99 |
| Cost per Year | $ - | $ 85.00 | $ 155.88 | $ 79.99 |
| Personalized Race Results | ✓ | ✓ | | |
| Free Event Photos | ✓ | ✓ | | |
| Full Race Leaderboards | ✓ | ✓ | | |
| Event + Ticket Hub | ✓ | ✓ | | |
| Latest News + Event Updates | ✓ | ✓ | | |
| Exclusive Content | ✓ | ✓ | | |
| Training App **(Note 1)** | | ✓ | ✓ | ✓ |
| Express Race Day Registration | | ✓ | | |
| Club Area Post-Race (Coming Soon) | | ✓ | | |
| Guaranteed Start Time Choice | | ✓ | | |
| 20% Off Merch + Free Shipping & Returns | | ✓ | | |
| HD Watermark-Free Photo Downloads | | ✓ | | |
| Advanced Race Analysis (Coming Soon) | | ✓ | | |
| Curated playlists | | | ✓ | ✓ |
| Expert Trainers | | ✓ | ✓ | |
| Classes with 10+ workout types | | | ✓ | ✓ |
| Connect and Compete with Community | | | ✓ | |
| Free 30 day Trial | | | ✓ | |
| Track your metrics (with apple watch) | | | ✓ | ✓ |
| Compete against others in workout | | | | ✓ |
| **Note 1)** The Training App includes workouts with varying intensities and articles to improve strength, performance and nutrition. | | | | |

38. The Spartan+ Program was recently launched on March 17, 2021 and includes the features discussed above. It is my opinion that the value of the free Spartan+ Program afforded by

---

[39] As required for the Peloton All-Access Membership.

the proposed Settlement approximates its retail value of $7.99 per month or $32 for the four-month free membership period allowed under the Settlement Agreement.

39.     I understand from updated information provided by Spartan's counsel subsequent to entry of the Preliminary Approval Order that the Settlement Class encompasses approximately 800,000 members[40]. I conclude, therefore, that the aggregate market-based retail value made available to Class Members for the Spartan+ Program component of the proposed Settlement totals $25.6 million.

## Value of the Electronic Voucher Option Available to Class Members

40.     As an alternative to the four-month free subscription to the Spartan+ Program, every Class Member has the option to instead elect to receive, one $5.00 electronic Voucher for each Spartan event for which they paid a "Racer Insurance" fee during the Class Period, up to a total of four (4) Electronic Vouchers (for a combined value of $20.00).[41] Each Electronic Voucher entitles the holder to a $5.00 credit towards the purchase of any non-discounted merchandise from Spartan's website.

41.     There are currently 25 merchandise items available for $5.00 or less in Spartan's online merchandise store,[42] including bracelets, magnets, keychains, hydration packets, Spartan magazine, and vinyl stickers. There are almost 100 merchandise items available for $20.00 or less in the Spartan Shop including tee shirts, hoodies, jackets and towels. Spartan has advised that it has no intention of removing said items as a result of the Settlement.

---

[40] Counsel has stated that a Declaration of Deanna Sheridan is being filed concurrently citing the 800,000 members.
[41] ECF No. 102-3 at ¶ III.B.
[42] https://www.spartan.com/pages/shop

|  | Men | Women | Kids | All | Total | Items |
|---|---|---|---|---|---|---|
| $0-$5 | 0 | 0 | 9 | 19 | **28** | bracelets, tags, keychains, magnets |
| $5.01-$10 | 6 | 4 | 4 | 7 | **21** | tee shirts |
| $10.01-$15 | 7 | 1 | 2 | 2 | **12** | tee shirts |
| $15.01-$20 | 9 | 10 | 4 | 16 | **39** | jacket, hoodie, towels etc |
| Totals | **22** | **15** | **19** | **44** | **100** | |

42.     Settlement Class Members may "stack" up to four (4) Electronic Vouchers for a single purchase and may freely transfer their vouchers to friends and family members. Each Electronic Voucher will be valid for two (2) years from the date of issuance. Settlement Class Members may use the Electronic Vouchers to purchase merchandise (some of which is available without the need to pay additional funds) over a two-year period and can likewise stack or transfer the vouchers with a maximum value of $20 for 4 Electronic Vouchers.

43.     Therefore, in my opinion, the value of the Electronic Voucher afforded by the proposed Settlement approximates its retail value of $5 per Electronic Voucher or $20 for the 4 Electronic Vouchers allowed under the Settlement Agreement.

44.     Since, according to Spartan, there were approximately two (2) million total registrations during the Class Period,[43] the aggregate value of the Electronic Voucher component of the proposed Settlement, standing alone, approximates $10 million.

---

[43] ECF No. 102-3 at p 2.

**FURTHER, DECLARANT SAYETH NOT.**

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the

facts stated in it are true.


Soneet R. Kapila, CPA[44], CFF, CFE, CIRA

Dated March 24, 2021.

---

[44] Regulated in the State of Florida.

16

Exhibit 1

Exhibit 1

**AARON FRUITSTONE, PLAINTIFF V. SPARTAN RACE, INC. , DEFENDANT**
**CASE NO.: 1:20-CV-20836-BLOOM/LOUIS**
**UNITED STATES COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

## Documents Utilized

| No. | Document Description |
|---|---|
| 1 | Order Granting Motion for Preliminary Approval of Class Action Settlement, Conditionally Certifying a Class For Settlement Purposes, Directing The Issuance Of Class Notice, And Scheduling a Final Approval Hearing. [*ECF No. 107*] |
| 2 | Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of the Settlement Class [*ECF No. 102*] |
| 3 | Defendant Spartan Race Inc's Response in Opposition to Plaintiff's Motion for Class Certification [*ECF No. 63*] |
| 4 | Defendant Spartan Race, Inc's Sur-Reply in Opposition to Plaintiff's Motion for Class Certification [*ECF No. 95*] |
| 5 | Settlement Agreement [*ECF No. 102-3*] |
| 6 | https://www.latimes.com/health/la-he-extreme-fitness-20190615-story.html?_amp=true |
| 7 | https://spartanrace.zendesk.com/hc/en-us/sections/200413936-About-Spartan |
| 8 | https://race.spartan.com/en/special-series-honor |
| 9 | https://race.spartan.com/en/race/find-race |
| 10 | https://www.spartan.com/blogs/unbreakable-race-stories/spartan-race-2021-schedule |
| 11 | https://race.spartan.com/en/teams |
| 12 | https://mountaintimes.info/by-the-numbers/ |
| 13 | https://www.forbes.com/sites/darrenheitner/2013/09/03/spartan-race-growing-through-participation-surge-and-reebok-nbc-partnerships/?sh=691e93501b60 |
| 14 | https://issuu.com/bobconner232/docs/the_spartan_race_and_the_three_foun |
| 15 | https://deadline.com/2015/08/nbc-spartan-race-competition-series-american-ninja-warrior-producer-1201506930/ |
| 16 | https://www.bizjournals.com/boston/news/2020/02/26/spartan-race-clears-hurdle-in-acquisition-of-rival.html |
| 17 | https://www.outsideonline.com/2413634/spartan-race-summer-2020-coronavirus |
| 18 | https://www.grandviewresearch.com/industry-analysis/fitness-app-market |
| 19 | https://www.freeletics.com/en/press/news/freeletics-surveys-americans-to-understand-what-is-in-store-for-the-fitness-industry-post-covid-19/ |
| 20 | https://www.weforum.org/agenda/2020/09/fitness-apps-gym-health-downloads |
| 21 | https://www.statista.com/chart/22836/peloton-annual-sales/ |
| 22 | https://www.spartan.com/pages/spartan-plus-membership |
| 23 | https://www.onepeloton.com/membership |
| 24 | https://www.onepeloton.com/app |
| 25 | https://www.onepeloton.com/bike |
| 26 | https://www.apple.com/apple-fitness-plus/?cid=wwa-us-kwgo-fitness-slid- |
| 27 | https://www.apple.com/apple-watch-series-3/ |
| 28 | https://www.spartan.com/pages/shop |
| 29 | https://apps.apple.com/us/app/spartan-fit/id1504574501 |

**See Accompanying Declaration Dated March 24, 2021**

Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors

# Exhibit 2

Exhibit 2

**AARON FRUITSTONE, PLAINTIFF V. SPARTAN RACE, INC. , DEFENDANT**
**CASE NO.: 1:20-CV-20836-BLOOM/LOUIS**
**UNITED STATES COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Spartan + Membership Screenshots**

**Source:** https://www.spartan.com/pages/shop, https://www.spartan.com/pages/spartan-plus-membership and https://apps.apple.com/us/app/spartan-fit/id1504574501

**Exclusive discount for Spartan+ members, $150+ off the Spartan by Craft Down Jacket**



**Overview depiction of Spartan+ Program benefits**



Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

Exhibit 2

**AARON FRUITSTONE, PLAINTIFF V. SPARTAN RACE, INC. , DEFENDANT**
**CASE NO.: 1:20-CV-20836-BLOOM/LOUIS**
**UNITED STATES COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

### Spartan + Membership Screenshots

**Source:** https://www.spartan.com/pages/shop, https://www.spartan.com/pages/spartan-plus-membership and https://apps.apple.com/us/app/spartan-fit/id1504574501

**Exclusive discount for Spartan+ members, $150+ off the Spartan by Craft Down Jacket**

**Additional overview depiction of Spartan+ Program benefits**



**Screenshots of the Spartan Fit app (free membership with Spartan+ Program)**



**See Accompanying Declaration Dated March 24, 2021**

# Attachment A

# Soneet R. Kapila, CPA, CIRA, CFE, CFF

kapila@kapilamukamal.com



Soneet R. Kapila, of East Indian origin, born in Kenya, Africa, is the founder of Soneet R. Kapila, P.A., d/b/a Kapila & Company and founding partner of *KapilaMukamal*, *LLP*. For over 25 years, he has concentrated his efforts in the areas of consulting in insolvency, fiduciary and creditors' right matters. Recognized for his acumen as a "business man", he has been appointed in Federal District Court, Bankruptcy Court and Florida State Court and served in the roles of Chief Restructuring Officer, S.E.C. Corporate Monitor, Examiner, Chapter 11 Trustee of Operating Businesses, Liquidating Trustee and Receiver.

## Professional Experience

Mr. Kapila's practice is focused on restructuring, creditors' rights, bankruptcy, fiduciary matters and financial transactions litigation. He represents other bankruptcy trustees, debtors and both secured and unsecured creditors in and out of bankruptcy court. He also regularly advises clients about insolvency and implications involved in business transactions and the operation of distressed businesses. As a Trustee plaintiff, Mr. Kapila has managed complex litigation in significant cases.

As a fiduciary, he has advised and represented debtors and creditors' committees in formulating, analyzing and negotiating plans of reorganization. Recognized as a expert in fraudulent conveyance, Ponzi schemes and insolvency issues, Mr. Kapila has provided expert testimony and extensive litigation support services to law firms involving complex insolvency issues and commercial damages. He is a sitting trustee on the panel of U.S. Bankruptcy Trustees (Southern District of Florida) and has served in numerous matters in both the Southern and Middle Districts of Florida.

He has conducted numerous forensic and fraud investigations and has worked in conjunction with the Securities and Exchange Commission (SEC), Federal Bureau of Investigation (FBI) and the United States Attorney's Office.

### EDUCATION / QUALIFICATIONS

**Certified Public Accountant (CPA) - Florida**
**Certified Insolvency and Restructuring Advisor (CIRA)**
**Certified Fraud Examiner (CFE)**
**Certified in Financial Forensics (CFF)**
**Certified in Bankruptcy Mediation—Training**
**—St. John's University (2014)**
**MBA, Cranfield School of Management Studies, England**
**Institute of Chartered Accountants in England and Wales**

### PROFESSIONAL AFFILIATIONS

**American College of Bankruptcy**
**American Institute of Certified Public Accountants**
**Florida Institute of Certified Public Accountants**
**Association of Insolvency & Restructuring Advisors**
**Association of Certified Fraud Examiners**
**American Bankruptcy Institute**
**National Association of Bankruptcy Trustees**
**National Association of Federal Equity Receivers**

### ROLES

**Bankruptcy Trustee—Chapter 7, 11 & Subchapter V**
**Liquidating Trustee / Plan Administrator**
**Chief Restructuring Officer**
**Corporate Monitor / Examiner**
**Receiver / Assignee**

### ACCOMPLISHMENTS

* **Fellow, American College of Bankruptcy** – 2013
* **Top CPAs and Litigation Support Professionals**,
  South Florida Legal Guide—multiple years
* **Power Leaders in Law and Accounting** –
  South Florida Business Journal – 2014, 2015
* **Best Trustee** – Daily Business Review's Best of 2012
* **Key Partners Award Honoree** –
  South Florida Business Journal – 2010
* **Bronze Medal Award** – 3rd highest score,
  Examination of the Association of Insolvency
  and Restructuring Advisors – 1996

### AREAS OF EXPERTISE

**Bankruptcy and Insolvency**
**Creditors Rights**
**Restructuring**
**Financial Transactions Litigation**
**Complex Commercial Litigation**



CPAs, Forensic and Insolvency Advisors

## Soneet R. Kapila, CPA, CIRA, CFE, CFF

kapila@kapilamukamal.com



### SPEAKING ENGAGEMENTS

American Bankruptcy Institute
New York Law School
St. Thomas University Law School
National Conference of Bankruptcy Judges
National Association of Bankruptcy Trustees
Association of Insolvency & Restructuring Advisors
Bankruptcy Bar Association for the Southern District of Florida
Central Florida Bankruptcy law Association
Florida Bankruptcy Bar
Florida Institute of Certified Public Accountants
National Business Institute
Turnaround Management Association
University of Miami, School of Law
Florida International University, School of Law
Stetson College of Law, Insolvency Symposium – Germany
American Bar Association

### CIVIC, VOLUNTEER AND PHILANTHROPIC

#### - Past and Present

**The Kapila Family Foundation -** Director

**American Bankruptcy Institute -**
    Treasurer—2020
    Member of the Executive Committee—2019—>
    Member of Board of Directors - 2016—>
    Southeast Regional Conference:
        Chairperson of Advisory Board, 2016
        Advisory Board, - 2012-2017 and Co-Chair 2015
    Caribbean Insolvency Symposium -
        Advisory Board—2010-2014 and Co-Chair 2015

**Association of Insolvency and Restructuring Advisors -**
    Board of Directors
    Past Chairman and Past President

**The Florida Bar**, Member, Grievances Committee

**Hialeah-Miami Springs, NW Dade Chamber of Commerce -**
    Board of Directors (Past)

**The American Group of CPA Firms -** Chairman
    – Litigation Support Services Committee of the
     National Training and Experience Sharing Program

*KapilaMukamal, LLP*
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316

954-761-1011

www.kapilamukamal.com

### REPRESENTATIVE CLIENTS

**City of Detroit, Michigan**    *Financial Advisors to Fee Examiner*

**SMF Energy Corporation**    *CRO, Liquidating Trustee*

**Fontainebleau Las Vegas, LLC**    *Chapter 7 Trustee*

**Universal Health Care Group, LLC/**
**American Managed Care, Inc.** *Chapter 11 / Liquidating Trustee*

**Simply Fashion Stores, LLC**    *Chief Restructuring Officer*

**Spear & Jackson, Inc**    *Corporate Monitor – SEC Appointment*

**Pan American Hospital**    *Examiner / Plan Administrator*

**Louis J. Pearlman / TransContinental Airlines, et al** –
    *Chapter 11 Trustee / Liquidating Trustee*

**Levitt & Sons**    *Chief Administrator*

**Planet Hollywood International, Inc**    *Examiner*

**Banco Latino International**    *Financial Consultants to*
    *Official Committee of Unsecured Creditors*

**Southeast Bank Corp**    *Financial Advisors to Chapter 7 Trustee*

**Innovida Holdings, LLC /Claudio Osorio**    *Chapter 7 Trustee*

**Prime Capital Corporation**    *Chapter 7 Trustee*

**GunnAllen Financial, Inc.**    *Ch 11 Examiner/Liquidating Trustee*

**SEC v. Christopher Freeman Brogdon**    *Corporate Monitor*
    *- SEC Appointment*

### PUBLICATIONS

*"New Receivership Act Streamlines Receiver's Role for Lenders, Other Stakeholders"* - Daily Business Review (Sept. 2020)

*"Eye of the Evaluator—The Role of Contingent Liabilities in an Insolvency Analysis"* - American Bankruptcy Institute Journal— (April, 2018)

*"Best Practices in the Treasury Functions of a Chapter 7 Trustee's Office"* – American Bankruptcy Trustee Journal (NABT) (Fall, 2015)

*"Fraud and Forensics: Piercing Through The Deception In A Commercial Fraud Case"* – American Bankruptcy Institute – 2015

*"Ponzi Schemes: Fiduciaries May Be The Saving Grace"*, ABI Journal (2014)

*"A Health Care Fraud and Bankruptcy Primer"*, Southern District of Florida Bankruptcy Bar Association Journal (2014)

*"Hidden Resources in a Small Business"*


CPAs, Forensic and Insolvency Advisors

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| 19th Hole Discount Golf, Inc. | 1997 | Expert - Business valuation | T | Retail | Robert Furr, Esq. Furr and Cohen, P.A. |
| 3MT Investments, LLC vs. Black Diamond Brokerage Services, LLC | 2020 | Forensic/Damages Expert | D | Contract Breach Litigation | Ed Whitson, Esq. Adams and Reese LLP |
| ABC Cellular Services, Inc. | | Examiner | X | Wireless communication business | Phillip M. Hudson, III, Esq. Arnstein & Lehr, LLP |
| Abel R. Seiden vs. Keitel vs. Nutter | 1999 | Expert - damages - lost profits | T | Fast food franchise | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Advanced Telecommunication Network, Inc. vs. Daniel W. Allen and David D. Allen | 2004 | Expert - solvency | D, T | Telecommunications | Phillip M. Hudson, III, Esq. Arnstein & Lehr, LLP |
| Alternative Services, Inc. | 1994 | Chapter 11 Trustee | | Developmentally disabled group homes | Paul Battista, Esq. Genovese, Joblove & Battista |
| Amazing Flooring Sources, Inc. | 2014 | Expert Solvency; Equivalent Value | D | Flooring | James B. Miller, Esq. |
| Frank A. Amelung, Jr. & Eugenia Marie Amelung Michael R. Bakst, Trustee vs. Robert J. Probst | 1997 | Accountants to the Trustee | D | | Michael R. Bakst, Esq. Ruden, McClosky |
| American Ammunition, F&F Equipment, Inc. & Industrial Plating Enterprises Co. | 2009 | Examiner | X | Small arms ammunition manufacturer | |
| American Fiber Optics | 1995 | Accountants for Trustee - insolvency, preference & fraudulent transfer analysis | | Fiber optics | Robert Furr, Esq. Furr & Cohen, P.A. |
| American Pro International Corp, Arpi Group, Inc., Claudio Resnick and Omar Diaz Blasco v American DJ Supply, Inc. | 2014 | Expert - damages associated with trademark infringement | D | Trademark | David Friedland, Esq.                     Jaime Rich Vining, Esq. |
| American Way Services Corp. | 1997 | Expert - insolvency | T | Credit life insurance | Herbert Stettin, Esq./Herb Stettin, P.A. Paul Battista, Esq./Genovese, Joblove & Battista |
| Amoco Oil Company | 1997 | Expert - investigate conduct of corporate management & business, preferences & fraudulent transfers, profitability of business | D/T | Gas stations & franchise | Ron Peterson, Esq./Jenner & Block Craig Rasile, Esq./Holland & Knight |
| APL Corporation | 1993 | Expert - conduct of business. Accountant/Financial Advisor to Committee of Unsecured Creditors | T | Manufacturing | Steve Busey, Esq. Smith, Hulsey, Busey |
| A.R.E. & Overseas, Inc. | 1993 | Chapter 11 Trustee | | Aviation services | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Atlas Environmental, Inc. | 1998 | Chapter 11 Trustee | | Waste management | Steven B. Soll, Esq. Otterbourg, Steindler, Houston & Rosen |
| ATM Financial Services, LLC | 2008 | Chapter 7 Trustee | D | Insolvency/PONZI scheme | Patrick Scott, Esq. Gray Robinson |
| Banco Latino International | 1994 | Accountant/Financial Advisor to Committee of Unsecured Creditors | | Banking | John Genovese, Esq. Genovese, Joblove & Battista |
| Bankest Capital Corporation | 2004 | Chapter 7 Trustee | D/T | Factoring | Kenneth Robinson, Esq. Rice Pugatch Robinson & Schiller |



Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

Page 1 of 14

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

**Soneet R. Kapila**
*Case Experience - 1985 to Present*

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Barfield vs. Burns | 1997 | Expert - contractual dispute/damages | D/T | Real estate | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Bay Club | 2019 | Receiver - Motion to Dismiss Involuntary Bankruptcy | T | Real Estate | Paul Battista, Esq. Genovese, Joblove & Battista PA Mark Hildreth, Esq. Shumaker LLP |
| Bayside Ventures I, LLC, et al. - Soneet Kapila as Plan Administrator vs. Bank One, N.A., Morgan Chase Bank, N.A. & Chase Home Finance, LLC | 2008 | Plan Administrator | D | Investment venture | Monique Hayes, Esq. Genovese Joblove & Battista |
| Beal Bank - Americare Retirement Facilities | 1997 | Financial analysis, plan feasibility, character of income (Judge James D. Gregg) | T | Health care/ALF | James Paul, Esq. Haley Sinagra Paul & Toland |
| Belvedere Construction Company | 1992 | Chapter 11 Trustee | | Construction | David Profilet, Esq. Profilet & Associates |
| Bobby Allison, Inc. Bobby Allison Wireless Corp, Inc. | 2003 | Chapter 11/7 Trustee | | Wireless retail stores | Arthur J. Spector, Esq. Berger Singerman |
| Bray & Gillespie Management, LLC, et al. - surcharge motion | 2010 | Creditor Agent | T | Hospitality | D. Christopher Carson, Esq. Denise Dell-Powell, Esq. Burr & Forman, LLP |
| Bray & Gillespie Management, LLC, et al. - motion to remove | 2010 | Creditor Agent | T | Hospitality | D. Christopher Carson, Esq. Denise Dell-Powell, Esq. Burr & Forman, LLP |
| Broward County Archeological Society | 2004 | Chapter 11/7 Trustee | | Museum | Michael R. Bakst, Esq. Ruden McClosky |
| CAC Aggregates vs. Comyns | 2000 | Expert - lost opportunity damages | D/T | Quarry | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Calumet/Bayshore Apartments | 1995 | State Court Receiver | | Hospitality/Condominium hotel | Patrick Scott, Esq. Gray Robinson |
| Calvert Property/Key Largo Limited Partnership | 1996 | Expert - feasibility of Plan of Reorganization | D/T | Hospitality | Patricia Redmond, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Calves vs. Lennar Homes, et al. | 2001 | Damages from accident/lost profits | D/T | Construction - ground work | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Caribbean Fuels America, Inc. | 2015 | Expert - insolvency | T | Fuel Brokers | James B. Miller, Esq. |
| Caribbean Line vs. Drew M. Dilworth Carpet - Tile Outlet | 1996 | State Court Receiver | | Floor covering | Patrick Scott, Esq. Gray Robinson |
| Cascade International, Inc., et al., Kenneth A. Welt, Trustee v. Gunster, Yoakley & Stewart | 1995 | Expert - valuation of business and insolvency. | D | Retail | Dennis Waggoner, Esq. Hill, Ward & Henderson |
| Cash Today USA, Inc. | 2005 | Expert - Ponzi/advance pay fraud | T | Advance pay scheme | Jeffrey Kay, AUSA U.S. Attorney's Office |



Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Caulkins Indiantown Citrus Company | 1999 | Expert - damages - lost profits | D/T | Orange groves | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Central Cellular Services, Inc. | 1997 | Examiner - Investigate conduct of business and management | X | Wireless telecommunications | Jose Loredo, Esq. Carlton Fields |
| Certified, Inc. Kapila v. Thomas J. McNamara, Inc. | 2012 | Expert - Ponzi/Insolvency | D | Commodities | Carlos E. Sardi, Esq. Genovese, Joblove & Battista |
| Cheryl's Day Care Center, Inc. | 1995 | Chapter 11 Trustee | | Day care | Paul Battista, Esq. Genovese, Joblove & Battista |
| Clybon Corporation | 1993 | State Court Receiver | | Real estate | Patrick Scott, Esq. Gray Robinson |
| CLSF III IV, Inc. et al | 2013 | Expert - Substantive Consolidation | T | Life Settlements | Leslie Gern Cloyd, Esq. Berger Singerman |
| Columbia Healthcare Partners, I-A, L.P. Valley View Nursing Home | 1996 | Expert - conduct of Debtor's management, financial analysis & insider transactions (Judge Paine, Middle District of Tennessee) | T | Health care/nursing home | Peyton Inge/Amresco Management, Inc. James Kelley, Esq./Neal & Harwell |
| Comcoa, Ltd. | 1995 | Accountants to the SEC Receiver Securities fraud/asset investigation | | Wireless telecommunications | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Community Environment, Inc. | 1997 | Examiner - Investigate conduct of business and management | X | Developmentally disabled group homes | Allison Maggiolo, Esq. Wyatt, Tarrant & Combs |
| Consolidated Yacht Corporation | 2004 | Evaluation of settlement | | Yachts/boating | Jerry Markowitz, Esq. Markowitz, Davis, Trusty + Hartog, P.A. |
| Continuum Care Corporation | 2005 | Chapter 11 Trustee | | Healthcare | Scott L. Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| County Collection Services, Inc. | 1996 | State Court Receiver | | Collection | Craig Eller, Esq. Gunster, Yoakley, Valdes-Fauli & Stewart |
| Soneet R. Kapila, as Trustee, Charles R. Covino and Dorothy J. Covino, Debtors | 1995 | Expert - proof of insolvency | T | | Michael R. Bakst, Esq. Ruden, McClosky |
| Data Lease | 1992 | Chapter 7 Trustee | D | Holding company | David Profilet, Esq. Profilet & Associates |
| Marion Davidson vs. Ortho-McNeil Pharmaceutical, Inc. | 2006 | Expert - damages/valuation | D | | Todd Falzone, Esq./Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Dean Kretschmar, David Von Allmen, et al. vs. Bank of America, N.A., et al. Don Beverly, et al. vs. Bank of America, N.A., et al. | 2015 | Expert - Ponzi | D | Ponzi, Fraud | Gail McQuilkin, Esq. Kozyak, Tropin & Throckmorton William Scherer, Esq. Conrad & Scherer |



Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

Page 3 of 14

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Dedicated Resources, Inc. Dedicated Trustees, Inc. | 2002 | Examiner | T | Viaticals | Chad Pugatch, Esq. Rice Pugatch Robinson & Schiller |
| Denison Marine, Inc. | 1993 | Examiner; testified regarding conduct of business | X | Marine/boat builder | Chad Pugatch, Esq. Rice Pugatch Robinson & Schiller |
| Design Guild, Inv. Vs. Ashoka Enterprises, et al. | 1987 | Expert - contractual dispute - damages | T | Design | |
| Dolphin Shoe | 1995 | Consulting to assist in formulating business plan | | Soft goods | Rudolfo Pittaluga, Esq. Deloitte Financial Advisory Services, LLP |
| Domino Investments, Inc. | 1985 | Expert - preferences, fraudulent transfers, insolvency | D/T | | Patrick Scott, Esq. Gray Robinson |
| Alberto Duque & Domino Investments, Inc. | 1986 | Special Accountants to the Bankruptcy Trustee Expert - insolvency | D/T | | Patrick Scott, Esq. Gray Robinson |
| Eagle Building Technologies/ Fleming Manufacturing, Inc. | 2005 | Examiner | X | Heavy machinery for the manufacture of concrete masonry products | |
| Geoffrey W. Edelsten | 2014 | Chapter 7 Trustee - Rule 9019 Motion | D | Individual | Patricia Redmond, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Empire Tile & Marble | 2002 | Chapter 11 Trustee | | Floor covering | Jerry Markowitz, Esq. Markowitz, Davis, Trusty + Hartog, P.A. |
| Ulrich Engler – Robert E. Tardif, Trustee vs. Fidelity National Financial, Inc. | 2009 | Expert - Ponzi/Insolvency | D | | Robert E. Tardif, Jr., Trustee Robert F. Elgidely, Esq. Genovese, Joblove & Battista |
| Ulrich Engler – Robert E. Tardif, Trustee vs. Friedrich Herring | 2012 | Expert - Ponzi/Insolvency | T | | Robert E. Tardif, Jr., Trustee Robert F. Elgidely, Esq. Genovese, Joblove & Battista |
| Excalibur, Inc. | 1994 | Chapter 11 Trustee | | Marine | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Femmi International | 1995 | Consulting to assist in formulating business plan | | Catering equipment | Patricia Redmond, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Fiddler's Creek, LLC | 2010 | Expert | T | Golf course/country club | Paul Battista, Esq. Genovese, Joblove & Battista |
| Financial Federated Title & Trust, Inc. a/k/a Asset Security Corp., a/k/a Viatical Asset Recovery Corp., a/k/a Quad B Ltd., a/k/a American Benefits Services, Inc. – Various adversaries | 2001 | Preferences, fraudulent transfers, insolvency | D/T | Viaticals/Ponzi | John W. Kozyak, Trustee Kozyak, Tropin & Throckmorton |
| First American Bank vs. Marvin and Marian Penalba | 1994 | Expert for bank – business valuation | T | | Julianne R. Frank, Esq. Julianne R. Frank, P.A. |
| First American Railway, Morris Berger, Trustee Berger vs. Adorno Zeder | 2001 | Expert – business valuation | D | Tourism/railway | Kenneth Robinson, Esq. Rice Pugatch Robinson |



Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors
Page 4 of 14

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Fisherman's Pier, Inc. | 2018 | Chapter 11 Trustee - Plan Confirmation | T | Real Estate | Chad Pugatch, Esq. Rice Pugatch Robinson |
| Fontainebleau Las Vegas, LLC | 2014 | Chapter 7 Trustee - Rule 9019 Motion, D&O Settlement | D/T | Hospitality | Russ Blain, Esq. Paul Battista, Esq. |
| Franz Lesti and Petra Richter cs Wells Fargo Bank, N.A. f/k/a Wachovia Bank, N.A. – Englar Bankruptcy | 2014 | Expert - Ponzi / Damages | D | Ponzi | David Mandel, Esq. Robert Elijeldly, Esq. |
| Anne C. Friedman, Debtor | 2001 | Expert - damages - compute lost income of trust from erosion of corpus | T | | Daniel Bakst, Esq. Adorno & Yoss |
| Fundamental Long Term Care, Inc. | 2014 | Expert - Successor business, fraud, corporate formalities | D/T | Healthcare | Steven Berman, Esq. Shumaker, Loop & Kendrick |
| Ivonne Aurea Garcia, Debtor | 2013 | Expert - Plan Confirmation / Feasibility | T | Individual | Richard R. Robles, Esq. Law Office of Richard R. Robles, PA |
| Gateway Investments Corporation | 1992 | Chapter 11 trustee | T | Real estate rental | John Genovese, Esq. Genovese, Joblove & Battista |
| General Coffee Corporation a/k/a Chase & Sanborn Corporation | 1985 | Preferences, fraudulent transfers tax matters, insolvency | D/T | Coffee importer/distributor | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| Mark J. Ginsburg | 2010 | Court's Expert - conduct of business | X | | Chad Pugatch, Esq. Rice Pugatch Robinson & Schiller |
| Goodings Supermarkets, Inc. | 2010 | Expert - confirmation/feasibility of plan | D/T | Grocery store chain | Henry Wulf, Esq. Carlton Fields |
| Joan Grande/Hose McCann | 2003 | Business valuation | D/T | Divorce | Henry B. Handler, Esq. Weiss & Handler, P.A. |
| Graphic Dynamics, Inc. | 1993 | Accountants to the Bankruptcy Trustee | | Printing | Kenneth Welt, Trustee |
| GunnAllen Financial, Inc. | 2013 | Liquidating Agent in a FINRA Arbitration | | | Robert V. Cornish, Jr. Dilworth Paxson LLP |
| Soneet R. Kapila, Trustee in Bankruptcy for Stephen B. Gray & Kathleen D. Gray vs. Stephen B. Gray, Kathleen D. Gray & Odis McKinney | 1996 | Chapter 7 Trustee - expert - insolvency analysis, valuation | T | | Michael R. Bakst, Esq. Ruden, McClosky |
| Great American Farms & Interamerican Farms, LC vs. Proyecto 7 S.A., Milford International, Luis Ortega Flores and Jorge Ortega Flores | 1999 | Expert - lost profits damages | D/T | Farm | Andy Hellinger, Esq. Mishan, Sloto, Greenberg & Hellinger |
| Greenwich Insurance Services, Inc. | 1990 | State Court Receiver | | Insurance agency | John Genovese, Esq. Genovese, Joblove & Battista |
| G-Site Associates | 1996 | Accountants/financial advisors to Committee of Unsecured Creditors. Expert - insolvency & funds tracing. Post-confirmation President to implement Plan. | D | Real estate construction | Alan Krinzman, Esq. Adorno & Yoss |
| Guiseppe America, Inc. v. Jan Bell Marketing | 1999 | Expert - lost profits damages | D/T | Jewelry manufacturing | Jeffrey D. Feldman, Esq. Feldman, Gale & Weber |
| Halpern et al. v. Retirement Builders | 1985 | Expert - contractual damages | D | Real estate | Manny Garcia, Esq. Abrams Anton |


Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

**Soneet R. Kapila**
*Case Experience - 1985 to Present*

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Haulover Resort Marina | 1995 | Chapter 11 Trustee | | Marina | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| BT/SAP Pool C Associates L.P. vs. High Point General Partnership et al. | 1996 | State Court Receiver | | Health care/substance & alcohol abuse facility | Peter Levitt, Esq. Gunster, Yoakley, Valdes-Fauli & Stewart |
| Home & Housing of Dade, Inc. | 1994 | Chapter 11 Trustee | T | Low income housing | Paul Battista, Esq. Genovese, Joblove & Battista |
| Hussh, Inc. | 1992 | Expert - preference & fraudulent conveyance law suits | T | | Martin Sander, Esq. Sandler & Sandler |
| International Air Leases, Inc. | 1996 | Exposure analysis, fraudulent transfers & preference recoveries; Expert insolvency | D | Aviation | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| International Capital Management | 1998 | Accountant to SEC Receiver; funds tracing/co-mingling | T | PONZI, securities fraud, foreign exchange currency | Craig Rasile, Esq. Holland & Knight |
| International Capital Management vs. Jose Santiago/MBA | 1998 | Expert Ponzi scheme and insolvency | D | PONZI, securities fraud, foreign exchange currency | Craig Rasile, Esq. Holland & Knight |
| International Management Associates | 2001 | Expert - insolvency | T | | Paul Battista, Esq. Genovese, Joblove & Battista |
| Isil v. Gardens Anesthesiology, P.A., et al. | 1993 | Expert testimony - valuation | T | Health care | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| C. Itoh v. Nordberg, Chase & Sanborn | 1995 | Fact witness | D | Coffee importer | Michael Pappone, Esq. Goodwin Procter |
| Jerk Machine, Inc. vs. Ruden, McClosky, Smith, Schuster & Russell, P.A. and Robert C. Brighton, Jr., individually | 2010 | Expert - Business Damages | D | Restaurant | Joel L. Shulman, Esq. Greenspoon Marder, P.A. |
| Jonathan Perlman, Esq. as Receiver vs. American Express Centurion Bank American Express Travel Related Services Co., Inc. American Express Bank, FSB, and American Express Company | 2020 | Expert - insolvency | D | Securities Fraud – Debt Consolidation | Gregory M. Garno, Esq. Jonathan Pearlman, Esq. Genovese, Joblove & Battista |
| Joran Realty NV Corp. | 2006 | Chapter 11 Examiner | X | | Brian Behar, Esq. Behar, Gutt & Glazer |
| Junction Financial Corporation/U.S. Ostrich Corporation | 1994 | Chapter 11 Trustee | | Securities fraud | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Kaplan International, Inc. | 1995 | State Court Receiver | | Meat purveyor | Marte Singerman, Esq. Tabas, Singerman & Freedman |
| Keitel v. Wendy's International, Inc. | 1997 | Expert - damages | E/D | Fast food franchise | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| King No. 16, et al. | 1992 | Examiner; testified regarding business conduct | X/T | Fast food franchise | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |



Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors
Page 6 of 14

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner



## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Kleinman Trust v. Howard Rosenberg | 2001 | Expert - partnership allocations | D/T | Real estate | Kenneth R. Hartmann, Esq., Kozyak, Tropin & Throckmorton |
| Krypton Broadcasting Corporation | 1993 | Examiner, disbursing agent | X | Broadcast communications | Jerry Markowitz, Esq. Markowitz, Davis, Trusty + Hartog, P.A. |
| L. Luria & Sons, Inc. vs. Citizens Watch of America, Inc. | 1999 | Expert - insolvency analysis | | Jewelry/general merchandise | Michael D. Seese, Esq. Kluger, Peretz, Kaplan & Berlin, P.A. |
| L. Luria & Son, Inc. vs. Ilia Lekach | 1998 | Expert - insolvency analysis - testified at deposition, insolvency expert, ordinary course analysis | E/D | Jewelry/general merchandise | David P. Lenoi, Esq. Genovese, Joblove & Battista |
| L. Luria & Son, Inc. vs. M. Fabrikant & Sons, Inc. | 1999 | Expert - insolvency analysis | | Jewelry/general merchandise | Michael D. Seese, Esq. Kluger, Peretz, Kaplan & Berlin, P.A. |
| L. Luria & Son, Inc. vs. Tepito Electronics, Inc. | 1998 | Expert - ordinary course, new value defense analysis | | Electronics | David P. Lenoi, Esq. Genovese, Joblove & Battista |
| Lancer Offshore, Inc./The Omnifund, Ltd. | 2008 | Expert - class action certification | D/T | Hedge funds | David Milian, Esq. Kozyak, Tropin & Throckmorton |
| Lancer Partners, LP/Lancer Offshore, Inc. | 2008 | Expert - asset tracing | T | Hedge funds | Securities & Exchange Commission |
| Lancer Partners, LP vs. Grayhawk Capital Advisors, LLC | 2008 | Expert - insolvency/valuation | D | Hedge funds | Craig V. Rasile, Esq. Hunton & Williams |
| LaSalle Bank National Association v. Martin Epstein | 2001 | Expert - damages | D | Lending | William Zeena, Jr., Esq. Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| Neil & Gail Levin/Harry & Marian Epstein vs. Commissioner of Internal Revenue | | Expert | T | | |
| Liberty Property Limited Partnership vs. The Panda Project, Delta Capital Services, Jewlett-Packard Company, Ikon Office Solutions & Helix (PEI, Inc.) | 1999 | Expert witness - solvency analysis | D | Commercial property | Jeff R. Mazor J.R. Mazor & Associates |
| LP Watch Group, Inc. et al. Watchco Liquidating, Inc. f/k/a LP Watch Group, Inc.; CWLG, LLC, f/k/a Charles Winston Luxury Group, LLC, and A.G. INC. vs. Arnstein & Lehr, LLP | 2016 | Expert - Damages | D | Jewelry/ Watch | Lou Mrachek, Esq. Alan Rose, Esq. |
| The Loxcreen Company, Inc. vs. Designed Windows, Inc. | 1996 | Expert testimony - lost profits damages | T | Manufacturers | Michael R. Bakst, Esq. Ruden, McClosky |
| Dipnarine Maharaj, M.D. v. Tenet Healthcare | 2004 | Expert - damages breach of contract | D, T | Health care | Lash & Goldberg |
| Robert C. Malt & Co. | 1996 | Examiner - construction bankruptcy matters | X | Construction | Robert Furr, Esq. Furr and Cohen, P.A. |
| Marbledge Group, Inc. | 1996 | Examiner - conduct of business | X | Marble/construction | Paul J. Battista, Esq. Genovese, Joblove & Battista |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner



Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors
Page 8 of 14

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Peter Johnson and Nicolias Johnson vs. Mastec, Inc., Jose Mas, Bob Apple, and Pablo Alvarez | 2012 | Expert - damages | D | Utility/powerlines | Gail McQuilkin, Esq. Kozyak, Tropin & Throckmorton |
| Med/Waste, Inc. | 2002 | Receiver | | Medical waste management | Arthur Rice, Esq. Rice Pugatch Robinson & Schiller |
| Metropolitan Life Insurance Company | | Expert - tracing of funds & lender liability | | Insurance Company | John Hart, Esq./Carlton Fields Max Kunin, Esq./Metropolitan Life Insurance Company Robert Golstein, Esq.,/Metropolitan Life Insurance Company |
| MHP Group One, L.C. | 2003 | Chapter 11 Trustee | | Mobile home park | Alan J. Perlman, Esq. Adorno & Yoss |
| Miami Neurological Institute | 2019 | Chapter 7 Trustee as Plaintiff - Reasonably equivalent value in fraudulent transfer | T | Health care | Patrick Scott, Esq. Gray Robinson |
| Michigan National Bank | 1997 | Debt discharge reporting by financial entity | T | Tax | Patrick Barry, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Midtown Campus Properties, LLC | 2020 | Fact Witness - DIP Loan for Commercial Costs Budget | T | Multi-use development college housing project | Paul Battisa, Esq. Genovese, Joblove, Battista |
| Ron Morris | 1996 | Chapter 11 Trustee | T | | Robert Furr, Esq. Furr and Cohen, P.A. |
| National Fisheries | 2002 | Assignee - assignment for benefit of creditors | | Seafood processing/distributor | Jerry Markowitz, Esq. Markowitz, Davis, Trusty + Hartog, P.A. |
| National Store Fixture & Display Co. vs. J.R. Wire & Metal Specialty, Ltd. | 2001 | Expert - new value/ordinary course | D | | Chad P. Pugatch, Esq. Rice, Pugatch, Robinson & Schiller |
| Naturally Beautiful Nails, Inc. vs. Wal-Mart Stores, Inc., d/b/a Sam's Club | 2001 | Expert - damages - lost profits/valuation | D/T | Retail | Roberta A. Colton, Esq. Trenam Kemker |
| Noble Trust Company Liquidation State of New Hampshire | 2012 | Expert - Ponzi/Fraud | D | Ponzi | Abbe Shaine, Esq. Bill Gannon, Esq. William S. Gannon, PLLC |
| Noble Trust Company Liquidation State of New Hampshire | 2014 | Expert - Ponzi/Fraud | T | Ponzi | Abbe Shaine, Esq. Bill Gannon, Esq. William S. Gannon, PLLC |
| Nuevo Mundo Holding - Aldo Fernando Kahan Novoa & Gustavo Kahan Novoa vs. Safra National Bank of New York | 2003 | Expert - solvency/insolvency analysis | D | | Stuart S. Mermelstein, Esq. Herman & Mermelstein |
| North American Clearing Inc. vs. Richard Goble | 2011 | Expert | D | Broker/Dealer | Christopher M. Sacco, Esq. Carlton Fields |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

**Soneet R. Kapila**
**Case Experience - 1985 to Present**

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| North American Clearing Inc. vs. Richard Goble | 2013 | Fact Witness | T | Broker/Dealer | Robert Gilbert, Esq. Christopher M. Sacco, Esq. Carlton Fields |
| Ocean Bank vs. Tuscany Villages Associates | 2009 | Expert - forensic accountant | | Real estate | Daniel J. Simon, Esq. White & Case |
| Old Corkscrew Plantation I, II, II, IV, V, VI | 2012 | CRO - Liquidation Analysis and Plan Confirmation | D | Orange groves | Debi Evans Galler, Esq. Paul Singerman, Esq. |
| Orvis vs. Caulkins | 2001 | Expert - wrongful termination of employment - lost compensatory damages | D/T | N/A | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Jonathan Perlman, Esq as receiver of VGC Corporation of America, All Dream Vacations Corporation, and All Dreams Tours, LLC v American Express Centurion Bank Corp., et. al | 2014 | Expert- Fraud, insolvency | D | Fraud | Carlos Sardi, Esq. Genovese, Joblove & Battista |
| Pacific Airline Support Corporation | 1996 | Examiner - conduct of business | X | Aviation | Chad P. Pugatch, Esq. Rice, Pugatch, Robinson & Schiller |
| PADC Marketing, LLC. Joel L. Tabas vs. Daniel Grimm | 2014 | Expert - Insolvency | D | Marketing - Real Estate | Adrian C. Delancy, Esq. Markowitz, Ringel, Trusty & Hartog |
| PADC Marketing, LLC. Joel L. Tabas vs. R. Donahue Peebles | 2016 2017 | Expert - insolvency | D/T | Marketing - Real Estate | Adrian C. Delancy, Esq. Markowitz, Ringel, Trusty & Hartog |
| Pan American Hospital Corporation | 2005 | Chapter 11 Examiner | X | Hospital/health care | Drew Dillworth, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. |
| Peckar & Abramson | 2015 | Expert - Rebuttal Financial Ability | D | | Mary E. Borja, Esq. Wiley Rein LLP |
| Lakeland Animal Nutrition | 2015 | Reasonably Equivalent Value and Business Sale Transactions | D | Animal Feed | Edward J. Peterson, Esq. Stichter Riedel Blain & Prosser PA |
| Louis J. Pearlman | 2007 | Chapter 11 Trustee | | PONZI | Denise Dell-Powell, Esq. Burr and Forman |
| Louis J. Pearlman | 2013 | Testimony - Investor Profiteer Case | T | PONZI | Samuel A. Miller, Esq. Akerman Senterfitt |
| Louis J. Pearlman, Trans Continental Television Productions, Inc. vs. MTV Networks | 2011 | Rule 30(B)(6) Representative | D | PONZI | James Sammataro, Esq. Kasowitz, Benson, Torres & Friedman Gregory M. Garno, Esq. Genovese, Joblove & Battista |
| Louis J. Pearlman, Soneet R. Kapila, Trustee vs. Carolina First Bank d/b/a Mercantile Bank | 2009 | Chapter 11 Trustee | D | PONZI | Gregory M. Garno, Esq. Genovese, Joblove & Battista |
| Louis J. Pearlman, Trans Continental Television Productions, Inc. vs. MTV Networks | 2010 | Records Custodian | D | PONZI | James Sammataro, Esq. Kasowitz, Benson, Torres & Friedman Gregory M. Garno, Esq. Genovese, Joblove & Battista |



Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Louis J. Pearlman, Trans Continental Airlines and Louis J. Pearlman Enterprises, Inc. vs. De Beaubien, Knight, Simmons, Mantzaris & Neal, LLP | 2013 | Chapter 11 Trustee | D | PONZI | Esther A. McKean, Esq. Akerman Senterfitt |
| Piccadilly Cafeterias, Inc. n/k/a Capital City Cornichon Corp. | 2004 | Chapter 11 Plan Administrator | | Restaurant | Leslie Gern Cloyd, Esq. Berger Singerman |
| Planet Hollywood International, Inc. | 2002 | Examiner - investigate tort liability & insider transactions | X | Celebrity theme restaurants | Denise Dell-Powell, Esq. Burr and Forman |
| Prime Capital Corporation | 1996 | Chapter 7 Trustee - Expert - insolvency and Ponzi | D | Accounts receivable/factoring business/Ponzi | Scott Baena, Esq./Bilzin Sumberg Baena Price & Axelrod Patricia Redmond, Esq./Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Princeton Dental Management & Subsidiaries | 2001 | Chapter 11 Trustee | | Dental practices | Roberta A. Colton, Esq. Trenam Kemker |
| PSN USA, Inc. | 2007 | Examiner | X | | |
| Purity, Inc. of Florida | | Examiner | X | Processor & distributor of condiments | |
| Raben-Pastal v. Peat, Marwick, Mitchell & Co. | 1986 | Special master report | | Accounting | |
| Razorback Funding, LLC. et al vs. Scott W. Rothstein, et al. | 2012 | Expert - PONZI/ Damages | D | PONZI | Gail McQuilkin, Esq. Kozyak, Tropin & Throckmorton |
| Ready State Bank | 1995 | Expert - defense of alleged fraudulent transfers/new value analysis | | Automotive | Arthur Rice, Esq.,/Rice Pugatch Robinson & Schiller David Levine, Esq./Levine, Kellogg, Lehman, Schneider & Grossman |
| Regions Bank vs. First West Cutler Gardens, LLC | 2012 | Financial Expert | D | Real Estate/ Title Company | Jeffrey C. Schneider, Esq. Amanda Quirke, Esq. |
| Roof Services, Inc. and Saige, LLC., Assignment for the Benefit of Creditors | 2011 | Expert - Valuation/Fiduciary for Wells Fargo Bank | T | Roofing | Adam Rabinowitz, Esq./ Broad & Cassel |
| Rudges v. Rudges | 1988 | Expert witness - corporate valuation | D | | |
| S & K Air Power, Inc. | 1994 | Examiner - conduct of business | X | Commercial equipment | Robert Fracasso, Esq. Shutts & Bowen |
| Securities & Exchange Commission vs. A.B. Financing & Investment, Inc. | 2003 | Expert - PONZI | | | Robert K. Levenson, Esq. Securities & Exchange Commission |
| Securities & Exchange Commission v. Aubrey Lee Price, et al. | 2015 | Fact Witness - restitution- investor losses | T | Fraud | Sanjay Karnik, Esq. Charles Mulaney, Esq. US Attorneys |



Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Securities and Exchange Commission v. Edward S. Digges, Jr., Nexstar Communications, LLC, TMT Equipment Company, LLC, TMT Management Group, LLC, Posa, LLC, Posa TMT, LLC, Televest Communications, LLC, Televest Group, LLC and Spin Drift, LLC | 2006 | Expert/Forensic Accountant - asset tracing - contempt hearing | D/T | | James D. Silver, Receiver Carlton Fields, P.A. |
| Securities and Exchange Commission vs. Carol C. Martino and CMA Noel, Ltd., et al. | 2003 | Receiver | | | John Nowak, Esq. Securities & Exchange Commission |
| Securities & Exchange Commission vs. Medco, Inc. & Mark R. Blacher, Defendants & The Hil Lily Company & National Health Services Inc., Relief Defendants | 1997 | Expert witness & accountants to the SEC Receiver - securities fraud, tracing of funds & assets. | | Securities fraud/Ponzi | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Securities & Exchange Commission vs. Mark David Shiner, Leon Swichkow, Timothy Wetherald, and Telecom Advisory Services, Inc. and Louis Stinson, Jr., P.A., Equity Service Administration, Inc., Marketing Media, Inc., and USA Media Group Inc. | 2006 | Forensic analysis | T | | Roger Steffin, Esq. Securities & Exchange Commission |
| Securities & Exchange Commission vs Woodbridge Group of Companies, LLC. et al. | 2018 | Expert - Ponzi - Plan Confirmation | T | Ponzi | Christine Nestor, Esq. Securities & Exchange Commision Russell Koonin, Esq. Securities & Exchange Commission |
| Securities & Exchange Commission vs. Tel-One, Inc., et al. | 2002 | Claims Administrator | | | Securities & Exchange Commission |
| Securities & Exchange Commission vs. Transamerica Wireless Systems, Inc., Intercontinental Telecommunications Corporation and Danny Sterk | 1994 | Expert witness & accountant to the SEC receiver - securities fraud, tracing of funds & assets. | T | Wireless communications | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Irvine J. Sherman Revocable Trust vs. Prime Hospitality Corp. | | Expert witness - percentage rent on lease | T | Hospitality | Cynthia Carson Jackson, Esq. Smith, Hulsey & Busey |
| Shubitz & Rosenbloom, P.A. | 1999 | Examiner - investigate conduct of specific transactions - report | X | Certified public accountants | Jeff Kucera, Esq. Kirkpatrick & Lockhart, LLP |
| Sigma-Tech Sales, Inc. | 2017 | Expert Witness - Insolvency | T | Consumer electronics | John E. Page, Esq. Shraiberg, Ferrara, Landau, Page PA |
| Simply Fashion Stores, LTD. | 2015 | Chief Restructuring Officer - twice | T | Retail | Paul Singerman, Esq. Christopher A. Jarvinen, Esq. Berger Singerman |
| Smith International Enterprises, Inc. | 2002 | Examiner - investigate conduct of the acquiring corporation | X | Printing | Peter N. Hill, Esq. Wolff, Hill, McFarlin & Herron |
| SMF Energy Liquidating Trust vs Grant Thorton, LLP. | 2016 | Liquidating Trustee - Accounting Liability 30(b)(6) Witness | D | Mobile Fueling | Paul Battista, Esq. Greg Garno, Esq. Theresa Van Vliet, Esq. Genovese, Joblove & Battista PA |



Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

Page 11 of 14

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Softouch | T, 1995 | Disbursing Agent/Special Accountant to the Debtor | | Apparel | Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| South Andrews Realty Association, Inc. | 1991 | Examiner | X | Real estate | David Profilet, Esq. Profilet & Associates |
| South Stevedoring, Inc. | 2004 | Chapter 11/7 Trustee | | Stevedoring/Freight | James H. Fierberg, Esq. Berger Singerman |
| Southeast Banking Corporation | 1998 | Accountants & financial consultants to Chapter 7 Trustee | | Banking | Jeffrey Beck Chapter 7 Trustee |
| Southern Gun & Tackle, Inc. | 1990 | Expert - business conduct & corporate transactions. Accountant/financial advisor to Committee of Unsecured Creditors | D | Sporting goods distributor | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| SouthTrust Bank - A-1 Specialty Gasolines, Inc. | 2000 | Expert witness - erosion of cash collateral | T | Gas station | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| Spear & Jackson, Inc. | 2004 | Corporate Monitor - appointed by Federal District Court and Securities and Exchange Commission | | Hand, garden, agricultural, horticultural & engineering tools for professional & handyman use | Robert Levenson, Esq. Securities & Exchange Commission |
| State Farm Mutual Automobile Insurance Company, et al. vs. John Romano, D. C. et al | 2013 | Expert | T | Insurance Fraud | David Spector, Esq. Akerman Senterfitt |
| State of Texas vs. Edward S. Digges, Jr. | 2009 | Expert - PONZI | T | | Robert K. Gordon, Esq. U.S. Securities & Exchange Commission |
| Stock Electronics v. Viatech Industries, LLC | 2002 | Expert - business valuation - fraudulent transfer under State Statute | D | Computers | Edward J. Jennings, Esq. Jennings, Valancy & Edwards |
| Suncruz Casinos, LLC, JAB America, Inc. | 2002 | Expert - computation of distributable earnings under Joint Venture Agreement | D | Cruise casino | Patrick Scott, Esq. Gray Robinson |
| Supra Telecommunications & Information Systems, Inc. v. BellSouth Telecommunications - bankruptcy | 2004 | Expert - conduct of business and management | D | Telecommunications | Paul S. Singerman, Esq. Berger & Singerman |
| Supra Telecommunications & Information Systems, Inc. v. BellSouth Telecommunications - Mara | 2003 | Expert - financial reporting | D | Telecommunications | Paul S. Singerman, Esq. Berger & Singerman |
| Systems of Excellence | 1997 | Chapter 7 Trustee | | Video teleconference/ securities fraud | Rudolfo Pittaluga, Esq. Deloitte Financial Advisory Services, LLP |
| T/F Systems, Inc. vs. Southeast Capital Financing, Inc., Fu Sheng Industrial Co., Ltd., Purifiner/Distribution Corporation | 1994 | Expert on lost profits, damages from patent & license rights infringement. | T | | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Ticofrut, S.A. vs. E.I. Du Pont De Nemours & Company, Inc. | 2003 | Damages expert regarding lost profits | D, T | Citrus | Janet Humphreys, Esq. Kozyak, Tropin & Throckmorton, P.A. |
| Topp, Inc. v. Uniden American Corporation | 2006 | Damages expert - lost profits | D, T | Communications equipment | Stanley H. Wakshlag, Esq. Kenny Nachwalter, P.A. |
| Tradecom, Inc. | 1991 | Examiner - business conduct. | X | Commodities broker | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| Trafford Distributing Center, Inc., Soneet R. Kapila as Trustee vs. Barbara Wortley | 2008 | Expert - insolvency | T | | Michael R. Bakst, Esq. Ruden McClosky |



Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors
Page 12 of 14

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Transamerica Wireless Systems, Inc. Intercontinental Telecommunications Co. | 1994 | Accountants to the SEC Receiver - securities fraud | T | Securities fraud | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Triad v. Southwest Direct | 2001 | Expert - ordinary course and new value analysis | | | Jack Shawdee Steel, Hector & Davis |
| Tsunami of Palm Beach, LLC | 2005 | Expert - business trend | D | Restaurant | Thomas Messana, Esq. Ruden McClosky Smith, Schuster & Russell, P.A. |
| Raymond A. Tubbs vs. RC Highlands Holdings of Florida, Inc., et al. Michael L. Tubbs vs. RC Highlands Holdings of Florida, Inc., et al. | 2010 | Receiver | T | Peat farm mining operation | Rhett Traband, Esq./Broad & Cassel Michele Visideo-Hidalgo, Esq./Broad & Cassel |
| Gioria Singer a/k/a Gary Singer v. Unibilt Development Co., Williamsburg Developers Ltd. Partnership, Williamsburg-Biltmore, Inc., and Williamsburg-Zlotoff, Inc. | 2012 | Expert - shareholder dispute - damages | D | Real Estate | Samuel A. Miller, Esq. Akerman Senterfitt |
| Gioria Singer a/k/a Gary Singer v. Unibilt Development Co., Williamsburg Developers Ltd. Partnership, Williamsburg-Biltmore, Inc., and Williamsburg-Zlotoff, Inc. | 2012 | Expert - shareholder dispute - damages | T | Real Estate | Samuel A. Miller, Esq. Akerman Senterfitt |
| USA Airmobile, Inc., & Michael Kurtgis v. Haverfield Corp. & Scott Yenzer | 1995 | Expert - patent infringement damages | | | Patrick Barry, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. |
| W.B. Care Center, LLC d/b/a/ West Broward Care Center | 2009 | Examiner | X | Nursing home | |
| Wachovia Bank of Florida Continuum Care Corporation | 2004 | Expert - conduct of business | | Bank fraud | Stephen C. Coates, Esq. Wachovia Bank |
| Wachovia Bank of Florida Lover's Key Development | 1994 | Expert for secured lender - consultants on feasibility and workouts | E | Hospitality | Irene Marshall Wachovia Bank |
| Wachovia Bank of Florida National Recovery Institute Group | 1997 | Expert - conduct of business & Management; ability to restructure; management compensation | T | abuse recovery/health care | Hal Moorefield, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| John Wagstaff-Callahan vs. Northern Trust Investment, Inc., et al. | 2002 | Expert - damages, wrongful dismissal, lost earnings | D | | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Thomas Aloysius Warmus | 1995 | Accountants & financial advisors to Committee of Unsecured Creditors | T | | David Profilet, Esq. Profilet & Associates |
| Thomas Alousius Warmus Richard Langhorne, Liquidating Trustee | 1997 | Expert witness in adversarial proceedings - insolvency (Judge Francis G. Conrad) | T | | James Leshaw, Esq. Greenberg, Traurig |
| Wayne Blackwell & Co., Inc. | 1996 | Expert - viability of business and ability to rehabilitate | T | Environment - asbestos abatement | Wayne Blackwell Wayne Blackwell & Co., Inc. |
| Weinberg Tubbs & Company, CPAs | 1993 | Examiner | X | Accounting firm | Jack Weins, Esq. Abrams, Anton, Robbins, Resnick, Schneider & Mager |
| John F. Weir vs. The Club at St. Lucie West, Ltd., The Club at St. Lucie West, Inc., Creative Homes, Inc., Naimisha Construction, Inc. and Dilip Barot | 2010 | Expert - damages, breach of contract | D | Damages relating to a partnership agreement in a construction development | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley, P.A. |


Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Ronald Ziegler, D.O., P.A. and Javery & Strum, D.O., P.A. v. Humana | 1994 | Expert - damages, breach of contract | D | Health care | David Sales, Esq. Searcy, Denney, Scarola, Barnhart & Shipley, P.A. |
| Zingg Homes, L.C. | 2002 | Examiner | X | Residential home developer | |
| Over 10,000 matters | Various | Chapter 11 and Chapter 7 Trustee | | Various | Steven R. Turner Office of the U.S. Trustee |

**Kapila**Mukamal**
CPAs, Forensic and Insolvency Advisors
Page 14 of 14