**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:20-CV-20836-BLOOM/Louis**

AARON FRUITSTONE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SPARTAN RACE, INC.,
a Delaware Corporation

    Defendant.

Jed Nolan,

    Objector.

---

**CERTIFICATION OF ADAM R. DUGGAN**

I, Adam R. Duggan, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, I hereby certify that:

    a. I have studied the Local Rules of the United States District Court for the Southern District of Florida;

    b. I am a member in good standing of the state bar of Tennessee and the United States District Court for the Eastern District of Tennessee; and

c.  I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 5**, 2021, in Alcoa, Tennessee.

_____
Adam R. Duggan