UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-20836-CIV-BLOOM/Louis

**AARON FRUITSTONE,**

      Plaintiff,

v.

**SPARTAN RACE, INC.,**

      Defendant.
_____/

## NOTICE OF INTENTION TO APPEAR AT HEARING

COMES NOW, the undersigned class member, hereby gives notice, pursuant to the Notice of Class Action Settlement, of intention to appear at the Final Approval Hearing scheduled for May 7, 2021 at 10:00 a.m.

                          Respectfully submitted,

                          */s/ Frank Mari*
                          Frank M. Mari
                          Florida Bar No. 93243
                          Bell & Roper, P.A.
                          2707 E. Jefferson Street
                          Orlando, FL 32803
                          fmari@bellroperlaw.com
                          Telephone: (407) 897-5150
                          Facsimile: (407) 897-3332
                          Class Member