**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-20836-BLOOM/Louis**

AARON FRUITSTONE, on behalf of
himself and all others similarly situated,

Plaintiff,

v.

SPARTAN RACE INC.,

Defendant.
_________________________________/

**ORDER ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS**

**THIS CAUSE** is before the Court upon Objector Jed Nolan's ("Nolan") Motion for Leave to File Supplemental Declarations of Theodore H. Frank and Adam R. Duggan, ECF No. [123] ("Motion"). The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [123]**, is **GRANTED**.
2. Nolan shall file the supplemental declarations attached to the Motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 30, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record