UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-CV-20836-BLOOM/Louis

AARON FRUITSTONE, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

SPARTAN RACE, INC.,
a Delaware Corporation

    Defendant.

Jed Nolan,

    Objector.

**NOTICE OF FILING SUPPLEMENTAL DECLARATIONS
OF THEODORE H. FRANK AND ADAM R. DUGGAN**

    Jed Nolan, by and through undersigned counsel, and pursuant to this Court's Order granting leave to file (Dkt. 125), hereby gives Notice of Filing the supplemental Declarations of Theodore H. Frank and Adam R. Duggan in support of Nolan's objection and in response to the false and misleading allegations contained in Class Counsel's response to the objection. The declarations are attached hereto as Exhibit A and Exhibit B.

Date: April 30, 2021                    Respectfully submitted,

                                                      */s/ Adam R. Duggan*
Adam R. Duggan (*pro hac vice* admission granted)
TN Bar # 035121
adam.duggan@hlli.org
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1439 Ramsay St.
Alcoa, TN 37701
Phone: (865) 696-5033

*/s/ Joseph S. Van de Bogart*
Joseph S. Van de Bogart, Esq.
Florida Bar No: 084764
VAN DE BOGART LAW, P.A.
2850 North Andrews Avenue
Fort Lauderdale, FL 33311
Telephone: (954) 567-6032
Facsimile: (954) 568-2152
Email Joseph@vandebogartlaw.com

*Attorneys for Objector Jed Nolan*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed with the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                  */s/ Adam R. Duggan*
                                                  Adam R. Duggan